| AO 257 (USAO REV. 6/99) | Marshal's Office/Clerk's Office | | PER 18 U.S.C. 3170 |

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

DEFENDANT – U.S. vs. 4:06cr174

Name of District Court, and/or Judge/Magistrate Location (City)
**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

JAMESE HILL -9

Address: UnSealed- pea mtn 5-19-06

Un-Sealed
Public and unofficial staff access to this form prohibited by court order.

Name and Office of Person Furnishing Information on THIS FORM: DONALD J. DeGABRIELLE, JR., USA
☒ U.S. Att'y ☐ Other U.S. Agency

Birth Date: ___  ☐ Male  ☐ Alien (if applicable)

United States Courts
Southern District of Texas
FILED
MAY 16 2006
Michael N. Milby, Clerk

Name of Asst. U.S. Att'y (if assigned): GREGG COSTA, AUSA

Social Security Number: ___

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
SA Todd Burns/FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under ▶

MAG. JUDGE CASE NO.

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding
   If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction      } ☐ Fed'l ☐ State
6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶
Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ▷

☐ This report amends AO 257 previously submitted

Place of offense: Southern District of Texas
☐ Petty ☐ Minor ☐ Misdemeanor ☒ Felony

### OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

Ct. 1: Conspiracy [18 USC § 371]

**PENALTY:** Ct. 1: 5 yrs. and/or $250,000 fine; 3 yrs. SRT; $100 SA

Bench Warrant/Detention

This form was electronically produced by Elite Federal Forms, Inc - mod HI (11/00)