UN Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL NO. 4:06CR174 |
| JAMESE HILL — 9 | § § § § | UnSealed — Pea 5-19-06 mtn |

# ORDER FOR ISSUANCE OF BENCH WARRANT

A _____Criminal Indictment_____ has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant
JAMESE HILL

☒ DETENTION
☐ RELEASED ON CONDITIONS
☐ Appearance Bond in the Amount of:
$

SIGNED at Houston, Texas, on _____May 16_____, 20__06__.

_____
UNITED STATES MAGISTRATE JUDGE